IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IYAD ABUHAJJAJ,
ALIEN # A78-062-284,

      Petitioner,

vs.                                Case No: 4:07cv179-SPM/WCS

ALBERTO GONZALES,
MICHAEL CHERTOFF, and
WILLIAM F. ALEXANDER,
Acting District Director of the
Immigration and Customs
Enforcement, et al.,

      Respondents.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 22). The parties were furnished a copy and afforded an opportunity to file objections. Neither party has filed any objections.

Petitioner claimed that he was in detention in violation of his Constitutional rights and his rights under the Immigration and Nationality Act and the Administrative Procedure Act. Petitioner was then released on bond from detention on October 11, 2007. Because Petitioner is no longer detained, he has received the relief requested and this case will be dismissed as moot. Therefore, pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 22) is adopted and incorporated by reference in this order.

2. Petitioner's §2241 petition for writ of habeas corpus (doc. 1) is hereby *dismissed as moot.*

**DONE AND ORDERED** this <u>nineteenth</u> day of March, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge